16545. McCRARY Co. *v.* SELDEN-BRECK CONSTRUCTION Co.

BROYLES, C. J. Under the particular facts of the case as stated in the amended petition, the petition did not show that the plaintiff's cause of action was barred by the statute of limitations. The court did not err in overruling the demurrers, general and special, to the petition.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 29, 1925.

Complaint; from Fulton superior court—Judge E. D. Thomas. May 11, 1925.

Application for certiorari was denied by the Supreme Court.

*Little, Powell, Smith & Goldstein,* for plaintiff in error.

*Anderson, Rountree & Crenshaw,* contra.